UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RUIZ DE MARTINEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARAMARK SERVICES, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 1:24-cv-00625-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ONLY DEFENDANT DEGNAN'S KITCHEN<br><br>(ECF No. 26) |

On May 15, 2025, Plaintiff filed a notice of voluntary dismissal, stating as follows:

> WHEREAS, Defendant, DEGNAN'S KITCHEN has not filed an answer or a motion for summary judgment in this action; and no cross-claim or counter-claim has been filed against Defendant DEGNAN'S KITCHEN in this action.
>
> NOW, THEREFORE, Plaintiff, MARIA E. RUIZ DE MARTINEZ, hereby dismisses this action with respect to Defendant, DEGNAN'S KITCHEN only, ***without*** prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(i).

(ECF No. 26, p. 1).

Accordingly, in light of the notice, the case against Defendant Degnan's Kitchen has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of Court is respectfully directed to terminate only Defendant Degnan's Kitchen from the docket.

IT IS SO ORDERED.

Dated:  **May 16, 2025**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1