1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARIA RUIZ DE MARTINEZ,

Plaintiff,

v.

ARAMARK SERVICES, INC., et al.,

Defendants.

Case No.   1:24-cv-00625-JLT-EPG

ORDER APPROVING STIPULATION TO MODIFY THE SCHEDULING ORDER

(ECF No. 43)

This matter is before the Court on the parties' stipulation to modify the scheduling order.[1] (ECF No. 43). Generally, the parties stipulate to extend non-expert through dispositive motion deadlines in the scheduling order, noting that they are optimistic that this matter will settle following their recent mediation, but they need additional time to conduct discovery.

Upon review, IT IS ORDERED as follows:

1. The parties' stipulation to modify the scheduling order is approved. (ECF No. 43).

2. The Court's scheduling order (ECF No. 39) is modified only as follows: Non-Expert Discovery Cutoff is February 24, 2026; Expert Disclosures due by March 23, 2026; Rebuttal Expert Disclosures due by April 23, 2026; Expert Discovery Cutoff is June 26, 2026.

3. The schedule otherwise remains as previously set. (ECF No. 39). Specifically, the

---

[1] The parties filed another stipulation earlier the same day. (ECF No. 42). However, the Court addresses the parties' *amended* stipulation, which appears to have corrected some of the dates from the initial stipulation. (ECF No. 43).

following dates remain in place: Dispositive Motion Filing Deadline is April 20, 2026;

Pretrial Conference set for August 24, 2026, at 01:30 PM in Courtroom 4 (JLT) before

District Judge Jennifer L. Thurston, and Jury Trial set on October 27, 2026, at 08:30 AM

in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:   __**November 17, 2025**__          ___/s/___ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE