UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RUIZ DE MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARAMARK SERVICES, INC., et al.,<br><br>　　　　　Defendants. | Case No.   1:24-cv-00625-JLT-EPG<br><br>ORDER DIRECTING DEFENDANT ARAMARK SERVICES, INC. TO SUBMIT FILING REGARDING STIPULATION OF DISMISAL<br><br>(ECF No. 45) |

　　　　On November 17, 2025, Plaintiff and Defendant National Park Service filed a stipulation of dismissal without prejudice of the claims against Defendant National Park Service under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). However, because Rule 41(a)(1)(A)(ii) requires a stipulation of dismissal to be "signed by all parties who have appeared," the Court will also require Defendant Aramark Services, Inc. to submit a filing approving or opposing the stipulation of dismissal. *See Thacker v. AT&T Corp.*, No. 2:20-CV-00255-KJM-CKD PS, 2021 WL 1784873, at *1 (E.D. Cal. May 5, 2021), *report and recommendation adopted*, 2021 WL 4168533 (E.D. Cal. Sept. 14, 2021) (noting that court was "unaware of any case waiving the requirement that the stipulation . . . must be made by <u>all</u> parties who have appeared" and that "[t]he requirement to obtain all parties' consent to voluntarily dismiss (without a court order) is intended to ensure that a voluntary dismissal of a party at later stages of the litigation does not cause plain legal prejudice to the party to be dismissed <u>or to the remaining defendant(s)</u>").

Accordingly, IT IS ORDERED as follows:

1. By no later than November 25, 2025, Defendant Aramark Services, Inc. shall file a signed document reflecting its approval of the stipulation of dismissal (ECF No. 45) or file a response opposing the stipulation of dismissal.
2. Alternatively, by no later than November 25, 2025, the parties may file a stipulation of dismissal signed by *all* parties who have appeared in this action in compliance with Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: **November 18, 2025**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2