UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RUIZ DE MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK SERVICES, INC., et al.,<br><br>Defendants. | Case No.   1:24-cv-00625-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF DEFENDANT NATIONAL PARK SERVICE WITHOUT PREJUDICE<br><br>(ECF No. 47) |

On November 25, 2025, the parties filed a joint stipulation dismissing the case against the National Park Service[1] without prejudice and with the parties to bear their own attorney fees and costs. (ECF No. 47). In light of the parties' stipulation, the case against Defendant National Park Services has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice and with the parties to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to terminate National Park Service as a Defendant on the docket.

IT IS SO ORDERED.

Dated:   **December 1, 2025**                /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The stipulation notes that the action against the National Park Service is ultimately one against the United States. Accordingly, this order applies equally to the United States although it is not listed as a Defendant on the docket.

1