UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RUIZ DE MARTINEZ, | Case No. 1:24-cv-00625-EPG |
| Plaintiff, | ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| ARAMARK SERVICES, INC., | |
| Defendant. | (ECF No. 69). |

On April 22, 2026, the remaining parties filed a joint stipulation dismissing this action with prejudice and with each party to bear their own attorney fees and costs. (ECF No. 69). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to terminate as pending the motion to dismiss filed on February 17, 2026, (ECF No. 61) and to close this case.

IT IS SO ORDERED.

Dated:   **April 23, 2026**                    /s/ _Erica P. Grosjean_
                                               UNITED STATES MAGISTRATE JUDGE

1